UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

RONALD C. LANE #396624      )
                            )
v.                          )   NO. 2:06-CV-205
                            )
DR. BARBARA HATHAWAY        )

## MEMORANDUM and ORDER

This *pro se* civil rights action under 42 U.S.C. § 1983 was filed by Ronald C. Lane, a state inmate housed at the Johnson County Jail. Plaintiff's application to proceed *in forma pauperis* is **GRANTED** and he is **ASSESSED** the filing fee of three hundred and fifty dollars ($350). The custodian of plaintiff's inmate trust account at the institution where he now resides is **DIRECTED** to submit to the Clerk of Court, as an initial partial payment, twenty percent (20%) of the greater of either the average monthly deposits to the inmate trust account or the average monthly balance in the account, for the six (6) months immediately preceding the filing of the complaint. 28 U.S.C.§ 1915(b)(1).

After full payment of the initial partial filing fee, the custodian shall submit twenty percent (20%) of the plaintiff's preceding monthly income credited to the account, but only when the amount in the account exceeds ten dollars ($10), until the full $350 fee has been paid.[1] 28 U.S.C. § 1915(b)(2).

---

[1] Payments should be mailed to:    Clerk's Office, USDC
                                     220 West Depot Street, Ste. 200
                                     Greeneville, TN 37743.

The Clerk is **DIRECTED** to mail a copy of this Order to the custodian of inmate trust accounts at plaintiff's place of confinement and also to George Little, the Commissioner of the Tennessee Department of Correction, to ensure compliance with the assessment procedures outlined herein.

In his complaint, plaintiff alleges that he has had ear problems since birth; that defendant Hathaway is not helping him with his ears and has not referred him to an ear specialist; that he also has TMJ and multiple mental problems; that, when he first arrived at the jail, an unknown L.P.N. gave him Sergual, a medication which eased his pain and relaxed him; and that the medications prescribed for him by defendant Hathaway are such a mess, ineffective, and deleterious—the blood pressure pills she prescribed actually *caused* his blood pressure problems—that he does not feel like himself anymore.

These allegations are an essentially identical version of a prior complaint filed in this Court by plaintiff. *Ronald C. Lane v. Johnson County Jail*, Civil Action No. 2:06-CV-162 (E. D. Tenn.). In both actions, plaintiff alleges that the medications he has received for his multiple medical maladies are ineffective and that defendant Hathaway does not treat him with medications which help him.

Accordingly, this action will be **DISMISSED** by separate order as duplicative.

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE